Filed: July 27, 2000
Corrected Order Filed: July 28, 2000

**PUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-2514**
(CA-97-755-1)

———————

KATHY W. KNIGHT,

Plaintiff - Appellant,

versus

C. D. VERNON, individually and in his official
capacity as Sheriff of Rockingham County;
ROCKINGHAM COUNTY,

Defendants - Appellees.

AMERICAN CIVIL LIBERTIES UNION OF NORTH
CAROLINA LEGAL FOUNDATION, INCORPORATED,

Amicus Curiae.

———————

On Petition for Rehearing and Rehearing En Banc

———————

The appellees filed a petition for rehearing and rehearing en banc.

Judge Widener voted to grant panel rehearing. Judge Michael and Judge Magill voted to deny.

A member of the Court requested a poll on the petition for rehearing en banc. The poll failed to produce a majority of the judges in active service in favor of rehearing en banc. Chief Judge Wilkinson, Judge Widener, and Judge Niemeyer voted to rehear the case en banc, and Judge Murnaghan, Judge Wilkins, Judge Luttig, Judge Williams, Judge Michael, Judge Motz, Judge Traxler, and Judge King voted against rehearing en banc.

The Court denies the petition for rehearing and rehearing en banc.

Entered at the direction of Judge Michael for the Court.

For the Court,


<u>    /s/ Patricia S. Connor    </u>
CLERK